EARL T. LINDSAY, JR. AND     *     NO. 2023-C-0155
JOCELYN BUTLER

                               *     COURT OF APPEAL
VERSUS

                               *     FOURTH CIRCUIT
PORTS AMERICA
GULFPORT, INC., ET AL.       *     STATE OF LOUISIANA

                               *

                               *
* * * * * * *

BELSOME, J., CONCURS IN THE RESULT